## DEBORAH PHILLIPS *v.* DEBORAH PHILLIPS ET AL.
### (AC 18267)

Schaller, Spear and Hennessy, Js.

Submitted on briefs January 28—officially released February 23, 1999

Per Curiam. The decision of the workers' compensation review board is affirmed.

## SEAN DONOGHUE *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 17834)

O'Connell, C. J., and Foti and Sullivan, Js.

Submitted on briefs January 28—officially released February 23, 1999

Per Curiam. The judgment is affirmed.

## ANTHONY MCKNIGHT *v.* DEPARTMENT OF CORRECTION ET AL.
### (AC 18468)

O'Connell, C. J., and Foti and Schaller, Js.

Argued February 17—officially released March 23, 1999

Per Curiam. The decision of the workers' compensation commissioner is affirmed.